JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMERCIAL LIGHTING COMPANY,<br><br>　　　　　Defendant. | Case No. CV 20-11477 FMO (GJSx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed a Notice of Settlement notifying the court that plaintiff has settled his claims with defendant.  (See Dkt. 10, Notice of Settlement).  Plaintiff has clarified that the settlement is only as to plaintiff's individual claims and that plaintiff will dismiss the class claims without prejudice. (See Dkt. 12, Response to Court Order Regarding Notice of Class Allegations at 2).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. Upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.

Dated this 18th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge